IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHAVON REESE, | : | |
| | : | |
| Plaintiff and | : | CIVIL ACTION |
| Counterclaim-Defendant, | : | |
| | : | |
| v. | : | |
| | : | |
| ALLSTATE VEHICLE AND | : | |
| PROPERTY INSURANCE, | : | |
| | : | NO. 14-1034 |
| Defendant, Counterclaim- | : | |
| Plaintiff, and Third-Party | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LAMONT RICKETS, | : | |
| | : | |
| Third-Party Defendant. | : | |

## ORDER

**AND NOW**, this *9th* day of *December*, 2015, upon consideration of the Motion for Summary Judgment by Defendant, Counterclaim Plaintiff, and Third-Party Plaintiff Allstate Vehicle and Property Insurance ("Allstate") (Docket No. 32), the Response of Plaintiff and Counterclaim-Defendant Chavon Reese (Docket No. 33), and Allstate's Reply Brief (Docket No. 34), it is hereby **ORDERED** that the Motion is **DENIED IN ITS ENTIRETY**.

A **STATUS CONFERENCE** is scheduled for <u>Wednesday, December 16, 2015 at 11:00 a.m. in Chambers</u>.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.